# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SHARAD I. BHATNAGAR,        )
                                )
        Plaintiff,          )
                                )
        v.              )     Civil Case No. 11-2281 (RJL)
                                )
SUNRISE SENIOR LIVING, INC.,   )
                                )
        Defendant.        )

## ORDER
March 20 2013 [# 9]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant Sunrise Senior Living, Inc.'s Motion for Summary

Judgment [# 9] is **GRANTED**; and it is further

**ORDERED** that plaintiff's complaint is **DISMISSED.**

**SO ORDERED.**


RICHARD J. LEON
United States District Judge